

**NUMBER 13-08-004-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**IN THE MATTER OF THE ESTATE OF MICHAEL S. MOSES**

---

**On Appeal from the County Court at Law No. 2
of Victoria County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides
Memorandum Opinion Per Curiam**

Appellant, Stephen Moses, attempts to appeal a judgment of contempt entered against him on December 17, 2007. This court does not have jurisdiction to review contempt orders by direct appeal. *See Norman v. Norman*, 692 S.W.2d 655, 655 (Tex. 1985); *Tracy v. Tracy*, 219 S.W.3d 527, 530 (Tex. App.–Dallas 2007, no pet.). Contempt orders may be reviewed only by an application for a writ of habeas corpus, if the contemnor has been confined, or by a petition for a writ of mandamus, if the contemnor has not been

confined.  *See Rosser v. Squier*, 902 S.W.2d 962, 962 (Tex. 1995); *Ex parte Williams*, 690 S.W.2d 243, 243 (Tex. 1985); *Tracy*, 219 S.W.3d at 290.

The Court, having examined and fully considered the documents on file, is of the opinion that the appeal should be dismissed for want of jurisdiction.  Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.  *See* TEX. R. APP. P. 42.3(a), (c).

PER CURIAM

Memorandum Opinion delivered and
filed this the 6th day of March, 2008.